Georgia, Southern & Florida Railway Company, a Corporation, Plaintiff in Error, v. T. J. Perry, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Columbia County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

J. E. Futch, for Plaintiff in Error;

Palmer & Palmer, for Defendant in Error.

---

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.